Certificate Number: 02381-HI-CC-012674757


02381-HI-CC-012674757

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2010, at 3:27 o'clock PM HST, Antonina Kaisa-Taylor received from Consumer Credit Counseling Service of Hawaii, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Hawaii, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: October 14, 2010   By: _____

Name: Lani Anzai

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).