Certificate Number: 05375-HI-DE-013186783

Bankruptcy Case Number: 10-03547



05375-HI-DE-013186783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2010</u>, at <u>8:42</u> o'clock <u>PM PST</u>, <u>Antonina Kaisa-taylor</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>1st Choice Credit Counseling & Financial Education a/k/a DBSM, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Hawaii</u>.

Date: <u>December 2, 2010</u>     By: <u>/s/Dale Fitzpatrick</u>

Name: <u>Dale Fitzpatrick</u>

Title: <u>Manager</u>